UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE KHOURY,

        Plaintiff,
v.                             Case No.  8:14-cv-1438-T-33TGW

HESS CORPORATION,

        Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant Hess Corporation's Motion for Substitution of Parties. (Doc. # 39). The Motion was filed on March 13, 2015. Pursuant to Local Rule 3.01(b) and Rule 6(d), Fed. R. Civ. P., the deadline for *pro se*[1] Plaintiff Suzanne Khoury to file a response in opposition to the Motion was, at the latest, March 30, 2015.

A review of the file reveals that Plaintiff failed to file a response to Defendant's Motion in the time provided by the Rules or at any point since. Accordingly, the Court

---

[1] On February 27, 2015, Magistrate Judge Thomas G. Wilson granted Plaintiff's counsel's Motion to Withdraw as Attorney. (Doc. # 35). On March 13, 2015, Plaintiff filed a Notice indicating that she is representing herself *pro se* until such time as new counsel is retained. (Doc. # 38). At this time, a Notice of Appearance of new counsel has not been filed on behalf of Plaintiff.

considers the Motion as unopposed. For the reasons that follow, the Court grants the Motion.

**Discussion**

Plaintiff initiated this action against Defendant in state court on April 29, 2014. (See Doc. # 2). Thereafter, Defendant removed this action predicating the Court's jurisdiction on diversity jurisdiction. (Doc. # 1; see 28 U.S.C. § 1332).

According to the Motion:

> Since the filing of this action, Defendant, Hess Corporation transferred certain assets, including the real property and the subject gas station to Hess Retail Operations LLC and Hess Retail Stores LLC, which were subsequently[] acquired by Speedway LLC and are wholly owned subsidiaries of the same.
>
> Pursuant to an Intercompany Agreement between Hess Retail Stores LLC and Hess Retail Operations LLC, Hess Retail Stores LLC gives operation and possession of the real property[] to Hess Retail Operations LLC.  As such, Hess Retail Operations LLC operates the Store and the real property on which the store is located.

(Doc. # 39 at ¶¶ 3-4). Therefore, Defendant contends that the proper Defendant in this action is Hess Retail Operations LLC. (Id. at ¶ 6). As a result, Defendant requests that, pursuant to Fed. R. Civ. P. 25(c), this Court substitute Hess

Retail Operations LLC for Hess Corporation as the party Defendant in this action. (Id. at ¶ 5).

Fed. R. Civ. P. 25(c) provides:

> (c) Transfer of Interest. If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party. The motion must be served as provided in Rule 25(a)(3).

Fed. R. Civ. P. 25.

This case was removed to this Court on the basis of diversity jurisdiction. Therefore, before determining whether substitution is appropriate, this Court finds it necessary to inquire as to whether complete diversity would still exist if Hess Retail Operations LLC was substituted as the party Defendant in this action. According to Defendant's Motion:

> At all times material hereto, Plaintiff, Suzanne Khoury, is and was a citizen of Florida.
>
> Hess Retail Operations LLC is a Delaware limited liability corporation with a sole member, Speedway LLC. Speedway LLC is a Delaware limited liability company with a sole member, MPC Investment LLC. MPC Investment LLC is a Delaware limited liability company with a sole member, Marathon Petroleum Corporation. Marathon Petroleum Corporation is a Delaware corporation with its principal place of business in Ohio. . . . Thus Hess Retail Operations LLC is a citizen of the states of Delaware and Ohio.

3

(Doc. # 39 at ¶¶ 7-8)(internal citations omitted). Therefore, from the Court's review, complete diversity would still exist if Hess Retail Operations LLC was substituted for Hess Corporation.

Upon review of the Motion, the Court finds good cause to grant Defendant its requested relief. A transfer of interest occurred during the pendency of this action, and the record shows no evidence of prejudice to Plaintiff. Thus, Defendant's Motion is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant Hess Corporation's Motion for Substitution of Parties (Doc. # 39) is **GRANTED**.

(2) Hess Retail Operations LLC is hereby substituted as party defendant for Hess Corporation in this action.

(3) The Clerk is directed to amend the case caption to reflect the substitution.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 1st day of April, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record